# United States Court of Appeals for the Fifth Circuit

No. 23-50377
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 27, 2023

Lyle W. Cayce
Clerk

Michael J. Major,

*Plaintiff—Appellant*,

*versus*

State Bar of Texas,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:23-CV-256

Before Clement, Southwick, and Engelhardt, *Circuit Judges*.

Per Curiam:*

After review of Appellant's brief and of the record, we agree with the district court that no nonfrivolous issue is presented. The appeal is therefore DISMISSED as frivolous. *See* 5th Cir. R. 42.2; *see also* 28 U.S.C. § 1915(e)(2)(B)(i).

---

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.